38 A.3d 770

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**William LYNN, Petitioner.**

**No. 7 EM 2012.**

Supreme Court of Pennsylvania.

Feb. 17, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2012, the Application for Extraordinary Relief and the Petition for a Permission to File a Reply are **DENIED.**